UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**Alisa Larsen,**

    **Plaintiff,**

    v.

**Sanofi-Aventis U.S. LLC; Sanofi US Services Inc. formerly known as Sanofi-Aventis U.S. Inc.,**

    **Defendants.**

CASE NO. 2:17-cv-14876

# JOINT DESIGNATION OF GENERAL MDL RECORDS TO BE INCLUDED UPON REMAND

The parties jointly designate the following general documents from the docket in MDL No. 2740 (2:16-md-02740) to be included in the record on remand:

| No. | Date Filed | Rec. Doc. | Docket Text |
| --- | --- | --- | --- |
| 1 | 10/4/2016 | 81 | Transfer Order |
| 2 | 12/9/2016 | 122 | PTO 4 - Direct Filing |
| 3 | 12/13/2016 | 131 | PTO 5 - Amends PTO 4 re Direct Filing Complaints filed within EDLA |
| 4 | 1/3/2017 | 160 | PTO 9 - Streamlined Service on sanofi-aventis U.S. LLC |
| 5 | 3/31/2017 | 312 | Master Long Form Complaint |
| 6 | 4/14/2017 | 326 | PTO 38 - Amending PFS-DFS |
| 7 | 5/26/2017 | 489 | Omnibus Motion to Dismiss Master Complaint [312] |
| 8 | 7/6/2017 | 611 | PTO 49 - ESI Protocol |
| 9 | 7/6/2017 | 612 | PTO 50 - Protective Order |
| 10 | 7/6/2017 | 613 | Order amending PTO 49 and 50 designations re ESI and Protective Order |
| 11 | 7/25/2017 | 689 | First Amended Master Long Form Complaint |
| 12 | 7/31/2017 | 704 | PSC Response in Opposition to [486] Motion to Dismiss Master Complaint |
| 13 | 8/23/2017 | 762 | CMO-5 General Discovery Protocol - Sanofi |
| 14 | 8/25/2017 | 773 | Reply ISO [489] Motion to Dismiss Master Complaint |
| 15 | 8/31/2017 | 784 | Minute Entry and Order re 8-30-17 Motion to Dismiss Master Complaint and Remand Order |
| 16 | 9/27/2017 | 877 | PTO 61 - Order Dismissing Count 2 and 8 of Master Complaint, 14 days to amend SFC to allege state laws |
| 17 | 10/16/2017 | 961 | Answer to Amended Master Complaint (Sanofi) |

| No. | Date Filed | Rec. Doc. | Docket Text |
|---|---|---|---|
| 18 | 10/27/2017 | 1034 | Order and Reasons Denying Sanofi's Motion to Dismiss Claims Barred by the Applicable Statutes of Limitations |
| 19 | 11/3/2017 | 1072 | Stipulation Related to French Defendants Sanofi SA and Aventis Pharma |
| 20 | 11/13/2017 | 1085 | PTO 68 - 10-27-2017 Conference of the Steering Committees and ESI Guidance |
| 21 | 11/15/2017 | 1110 | CMO-9 Deposition Protocol |
| 22 | 1/4/2018 | 1462 | PTO 72 - Dismissal of Sanofi SA and Aventis Pharma |
| 23 | 1/12/2018 | 1506 | CMO 12 - Product ID Order |
| 24 | 1/26/2018 | 1531 | PTO 71A - Replacing PTO 71 - re Governing Plaintiff's Responsibilities Relevant to ESI |
| 25 | 7/24/2018 | 3492 | CMO-12A re Amended Product ID Order |
| 26 | 9/27/2018 | 4407 | Second Amended Master Long Form Complaint |
| 27 | 11/8/2018 | 5008 | CMO 15 re Pathology Protocol |
| 28 | 7/10/2019 | 7571 | ORDER AND REASONS re MSJ SOL (D Earnest, G Johnson, Francis) LID (D Earnest, Moot Mills, Francis) |
| 29 | 8/5/2019 | 7807 | Order and Reasons re [6130] Motion to Exclude Bosserman (Granted in Part) |
| 30 | 8/14/2019 | 7973 | Order and Reasons re [6186] Motions Preemption (Denied in Part and Deferred) |
| 31 | 8/14/2019 | 7974 | Order and Reasons denying [6160] Motion to Exclude Expert Testimony that Relies on Kopreski |
| 32 | 8/23/2019 | 8094 | ORDER AND REASONS [6144, 6163, 6149] Motions to Exclude (Denied-Madigan, General; Part-Feigal) (Earnest) |
| 33 | 8/23/2019 | 8095 | Order and Reasons re [6162] Motion to Exclude Specific Causation (Denied) |
| 34 | 8/23/2019 | 8097 | ORDER AND REASONS re [6155] Motion to Exclude Plunkett (Denied-Deferred in Part) |
| 35 | 8/29/2019 | 8133 | Order and Reasons re [7322] Motion to Exclude Dr Shapiro and Dr Smart's Stem Cell Opinions (Denied) |
| 36 | 9/3/2019 | 8153 | Order and Reasons re Motion to Exclude Kessler |
| 37 | 9/3/2019 | 8198 | Minute Entry re Motions in Limine MILs |
| 38 | 9/10/2019 | 8201 | Order and Reasons re: Motions in Limine |
| 39 | 9/10/2019 | 8206 | Order and Reasons re Motions in Limine MILs |
| 40 | 9/10/2019 | 8207 | Order Amending Order Re Ongoing Alopecia MIL 25 |
| 41 | 9/11/2019 | 8216 | Order re MIL 28 FDA Jan 2011-483 Inspection GRANTED and MIL 5 AERs DEFERRED |
| 42 | 10/8/2019 | 8334 | Plaintiffs' Motion for Leave to File Plaintiffs' Third Amended Master Long-Form Complaint and Jury Demand |
| 43 | 11/20/2019 | 8601 | Defendants' Opposition to Plaintiffs' Motion for Leave to File Third Amended Master Long-Form Complaint and Jury Demand |

| No. | Date Filed | Rec. Doc. | Docket Text |
|---|---|---|---|
| 44 | 10/8/2019 | 8650 | Motion for Leave to File Plaintiffs' Reply in Support of Plaintiffs' Motion for Leave to File Plaintiffs' Third Amended Master Long-Form Complaint |
| 45 | 12/12/2019 | 8702 | ORDER AND REASONS Denying [8334] PSC Motion to File Third Amended Master Complaint |
| 46 | 1/23/2020 | 9110 | ORDER AND REASONS Granting [8779] Sanofi MSJ SOL (Thibodeaux) |
| 47 | 3/3/2020 | 9440 | ORDER AND REASONS Granting [5730] Sanofi MSJ LID (Gahan) |
| 48 | 4/7/2020 | 9885 | ORDER AND REASONS Denying [9295] Sanofi MSJ SOL (Kahn) |
| 49 | 4/7/2020 | 9887 | ORDER AND REASONS Granting [9299] Sanofi MSJ LID (Phillips) |
| 50 | 4/7/2020 | 9888 | ORDER AND REASONS Granting-Denying in Part [9300] Sanofi MSJ LID (Kahn) |
| 51 | 5/11/2020 | 10338 | PTO 105 Pretrial Order No. 105 re [8702, 8703] |
| 52 | 5/13/2020 | 10399 | Order and Reasons Denying [9946] Motion for Reconsideration (Kahn) |
| 53 | 5/27/2020 | 10464 | ORDER AND REASONS Granting [9268] Sanofi MSJ Post-December 2015 Treatment |
| 54 | 6/1/2020 | 10487 | Order and Reasons Granting in Part and Deferring in Part Pre-December 2006 MSJ |
| 55 | 7/1/2020 | 10704 | Order and Reasons Denying Motion for Partial Summary Judgment on Affirmative Defenses Under La. Rev. Stat. 9:2800.59 |
| 56 | 7/23/2020 | 10832 | ORDER AND REASONS Granting-Denying in Part [6076] Sanofi MSJ LID (Durden) |
| 57 | 7/23/2020 | 10833 | ORDER AND REASONS Granting [6077] Sanofi MSJ SOL (Durden) |
| 58 | 8/11/2020 | 10908 | Order Deferring [10808] Motion for Order Requiring Proof of Diagnosis |
| 59 | 10/21/2020 | 11332 | Order and Reasons Denying [10938] Motion to Exclude Testimony of Michael Kopreski |
| 60 | 10/23/2020 | 11347 | PTO 105 Stipulation regarding PTO 105 (Amended SFC Complaints) |
| 61 | 12/18/2020 | 11682 | ORDER AND REASONS Granting-Denying in Part [11020] Sanofi MSJ (Preemption) - TYPO CORRECTED (Kahn) |
| 62 | 12/18/2020 | 11683 | Order and Reasons Denying [10667] Motion for Reconsideration of MSJ Pre-2006 Treatment |
| 63 | 12/18/2020 | 11684 | Order and Reasons Denying Motion for Partial Summary Judgment on Affirmative Defenses Concerning Alternative Causes |
| 64 | 12/18/2020 | 11685 | ORDER AND REASONS Denying [10936] PSC Partial Summary Judgment on General Causation (Kahn) |

| No. | Date Filed | Rec. Doc. | Docket Text |
|---|---|---|---|
| 65 | 1/8/2021 | 11780 | Order and Reasons Denying Motion to Exclude Testimony of John Glaspy |
| 66 | 1/8/2021 | 11781 | Order and Reasons Denying Motion to Exclude Testimony of Janet Arrowsmith |
| 67 | 1/8/2021 | 11782 | ORDER AND REASONS Denying [10915] PSC Partial Summary Judgment on Comparative Fault-Misuse (Kahn) |
| 68 | 1/8/2021 | 11803 | ORDER AND REASONS Granting-Denying in Part PSC Motion to Exclude Testimony of Kardinal and Larned |
| 69 | 1/12/2021 | 11804 | ORDER AND REASONS Granting-Denying in Part [10919] PSC Motion to Exclude Miletello (Kahn) |
| 70 | 1/12/2021 | 11810 | ORDER AND REASONS Granting-Denying in Part [10931] Sanofi Motion to Exclude Feigal (Kahn) |
| 71 | 1/13/2021 | 11823 | ORDER AND REASONS Granting-Denying in Part [10918] Sanofi Motion to Exclude Plunkett (Kahn) |
| 72 | 1/13/2021 | 11824 | Order and Reasons Granting Motion for Summary Judgment (Crayton) |
| 73 | 1/14/2021 | 11910 | Second Stipulation Regarding PTO 105 (Amending SFC Complaints) |
| 74 | 1/22/2021 | 12057 | ORDER AND REASONS Granting [11010] Sanofi MSJ SOL (Greer - MS BW) |
| 75 | 1/29/2021 | 12098 | ORDER AND REASONS Granting-Denying in Part [11003] Sanofi Motion to Exclude Madigan (Kahn) |
| 76 | 2/1/2021 | 12107 | ORDER AND REASONS Denying [10940] PSC Motion to Exclude Wei (Kahn) |
| 77 | 2/1/2021 | 12108 | ORDER AND REASONS Granting-Denying in Part [10934] PSC Motion to Exclude Chang (Kahn) |
| 78 | 2/1/2021 | 12109 | ORDER AND REASONS Granting-Denying in Part [10929] Sanofi Motion to Exclude Bosserman (Kahn) |
| 79 | 2/12/2021 | 12160 | ORDER AND REASONS Denying [11357] PSC Motion to Exclude Turegano (Kahn) |
| 80 | 2/18/2021 | 12173 | ORDER Denying as Moot [10999] Sanofi Motion to Exclude David Kessler (Kahn) |
| 81 | 4/7/2021 | 12401 | ORDER AND REASONS Denying [11377, 11378] PSC Motion to Exclude Tosti and MSJ Specific Causation (Kahn) |
| 82 | 4/7/2021 | 12402 | ORDER AND REASONS Denying [11361] PSC Motion to Exclude Shapiro (Kahn) |
| 83 | 4/7/2021 | 12403 | Order and Reasons Denying [12195] Motion to Reconsider Order re Madigan |
| 84 | 4/7/2021 | 12404 | ORDER AND REASONS Denying [11355] PSC Motion to Exclude Azael Freites-Martinez (AFM) (Kahn) |
| 85 | 4/7/2021 | 12405 | ORDER AND REASONS Granting [10978] Sanofi MSJ MI Law (Mixon - Michigan) |
| 86 | 4/19/2021 | 12491 | ORDER AND REASONS Granting [12202] MSJ on Warnings (Willie) |

| No. | Date Filed | Rec. Doc. | Docket Text |
|---|---|---|---|
| 87 | 5/21/2021 | 12718 | ORDER AND REASONS Granting [12198] Sanofi MSJ SOL (Roach - MS BW) |
| 88 | 5/24/2021 | 12729 | PSC Motion to Preserve Expert Testimony and Trial Packages |
| 89 | 6/4/2021 | 12805 | ORDER AND REASONS Denying [12542] Motion for Reconsideration SOL (Kahn) |
| 90 | 6/22/2021 | 12918 | Defendants' Opposition to PSC Motion to Preserve Expert Testimony and Trial Packages |
| 91 | 7/7/2021 | 12983 | PSC Reply to Opposition to Motion to Preserve Expert Testimony |
| 92 | 7/14/2021 | 13062 | ORDER AND REASONS Denying [12536] Sanofi Motion for Reconsideration MSJ LID (Kahn) |
| 93 | 7/14/2021 | 13063 | ORDER AND REASONS Denying [12576] Sanofi Motion to Exclude Expert Testimony of David Ross (Kahn) |
| 94 | 7/14/2021 | 13064 | ORDER AND REASONS Granting [12200] Sanofi MSJ SOL (Smith - MS BW) |
| 95 | 7/15/2021 | 13072 | ORDER AND REASONS Denying [12582] PSC Motion to Strike Chang (Kahn) |
| 96 | 7/23/2021 | 13131 | ORDER AND REASONS Granting-Denying in Part [12575] Sanofi Motion to Exclude Supplemental Opinion of Plunkett (Kahn) |
| 97 | 7/26/2021 | 13140 | Order and Reasons Denying Motion to Compel Kopreski |
| 98 | 9/13/2021 | 13260 | ORDER AND REASONS regarding Multiple Motions in Limine (Kahn) |
| 99 | 10/15/2021 | 13327 | Minute Entry re Michigan Show Cause and Dismissal of Cases and Briefing Schedule |
| 100 | 11/3/2021 | EDLA 2:21-cv-01919 - 14 | Order and Reasons Denying Motion to Quash Trial Subpoena |
| 101 | 11/18/2021 | 13433 | ORDER Denied [13422] Plaintiffs Renewed Motion in Limine to Exclude Argument for Alternative Causation (Kahn) |
| 102 | 3/21/2022 | 13946 | CMO 33 - Selection, Discovery, and Remand for Wave 1 |
| 103 | 4/1/2022 | 13981 | Order Granting PSC Motion to Preserve Expert Testimony |
| 104 | 4/19/2022 | 14045 | CMO 34 - Pursuant to CMO 33 [13946] Cases identified for Wave I to proceed with discovery (re All Cases) |
| 105 | 5/13/2022 | 14207 | Order DENYING WITHOUT PREJUDICE MSJ on Pleadings (to be re-urged in the respective District Courts) |
| 106 | 7/26/2022 | 14454 | ORDER Denying [13580, 13581, 13582, 13583, 13584] Without Prejudice MSJ Pursuant to Mixon Order |
| 107 | 7/26/2022 | 14456 | CMO 35 Service of Process on all Defs Ordered by August 31, 2022 |
| 108 | 10/12/2022 | 14925 | CMO 36 - Preservation of General Expert Testimony (re All Cases) |

| No. | Date Filed | Rec. Doc. | Docket Text |
|---|---|---|---|
| 109 | 12/6/2022 | 15287 | CMO 12A Addendum (re All Cases) |
| 110 | 12/29/2022 | 15322 | ORDER AND REASONS Denying [14509] Motion for Reconsideration of MS (Greer) Dismissals |
| 111 | 2/23/2023 | 15547 | CMO 34C (200 Wave I Remand Case Status) (re All Cases) |
| 112 | 3/9/2023 | 15673 | Motion to Reconsider and Vacate CMO 36 |
| 113 | 4/4/2023 | 15767 | PSC Memo in Opposition to Motion to Reconsider and Vacate CMO 36 |
| 114 | 4/12/2023 | 15785 | Reply Memo ISO Motion to Reconsider and Vacate CMO 36 |
| 115 | 5/11/2023 | 15834 | CMO 39 (Summary of MDL 2740 Proceeding Upon Suggestions of Remand) |
| 116 | 5/12/2023 | 15836 | Transfer Order of Wave 1 Cases |

The above designations are intended to supplement the parties' case-specific designations of the MDL docket in the above-captioned action, which will be designated separately and are incorporated herein by reference.

The parties further agree and stipulate that, subject to the Court's approval, if any party believes a relevant document was inadvertently not included in the above list, the parties may confer and jointly supplement this joint designation without requesting a hearing or a motion to supplement. Further, the document designations are intended to incorporate and include all exhibits or attachments that accompanied the documents as filed.

Dated: May 22, 2023

| | |
|---|---|
| /s/ M. Palmer Lambert<br>M. Palmer Lambert<br>PENDLEY, BAUDIN & COFFIN<br>1100 Poydras Street, Suite 2225<br>New Orleans, Louisiana 70163<br>Phone: (504) 355-0086<br>Fax: (504) 355-0089<br><br>*Plaintiffs' Co-Liaison Counsel* | /s/ Gabriel J. Winsberg<br>Gabriel J. Winsberg (Bar No. 38943)<br>IRWIN FRITCHIE URQUHART MOORE & DANIELS LLC<br>400 Poydras St. Suite 2700<br>New Orleans, LA 70130<br>Phone: (504) 310-2100<br>Fax: (504) 310-2120<br>gwinsberg@irwinllc.com<br><br>*Attorney for Defendants sanofi-aventis U.S. LLC and Sanofi US Services Inc.* |

6

**CERTIFICATE OF SERVICE**

I hereby certify that on **May 22, 2023,** I electronically filed the foregoing with the Clerk using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in the member cases.

/s/   *Gabriel J. Winsberg*