MINUTE ENTRY
MILAZZO, J.
OCTOBER 12, 2021

JS-10: 01:03

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

IN RE: TAXOTERE (DOCETAXEL) ) MDL No. 16-2740
PRODUCTS LIABILITY LITIGATION )
                                                  )      SECTION: "H" (5)
                                                  )
THIS DOCUMENT RELATES TO: )
ALL CASES

## MINUTE ORDER

On October 12, 2021 the Court held a show cause hearing. Participants appeared via Zoom and by telephone.

Court Reporter:    Nichelle Wheeler

In accordance with this Court's April 7, 2021 Order and Reasons granting the Motion for Summary Judgment on the claims of Brenda Mixon (Rec. Doc. 12405), the Defendants have submitted the attached Exhibit A identifying other MDL Plaintiffs whose claims are similarly barred by the Michigan Products Liability Act, who notified Plaintiffs' Co-Liaison Counsel pursuant to this Court's Order of September 20, 2021 (Rec. Doc. 13273) of their intent not to appear at the October 12, 2021 hearing, and who therefore should be dismissed with prejudice pursuant to this Court's *Mixon* Order.

Upon dismissal, Plaintiff's case-specific opposition to the applicability of the Michigan Products Liability Act pursuant to this Court's Order and Reasons in Mixon

will be preserved for appeal in any individual case. By reference, any Plaintiff dismissed by this Order is deemed to have adopted the pleadings and arguments advanced in opposition to summary judgment in the Mixon proceeding. Defendants have stipulated not to argue wavier of appeal rights and/or failure to file an opposition based on Plaintiff not appearing and objecting at the show cause hearing. Defendants are not precluded from asserting the applicability of the Michigan Products Liability Act pursuant to the Court's Order and Reasons in Mixon to any cases not referenced on the attached Exhibit A.

Therefore, **IT IS ORDERED** that the cases listed in the attached Exhibit A are **DISMISSED WITH PREJUDICE**;

**IT IS FURTHER ORDERED** that the following cases from the call docket are **DISMISSED WITH PREJUDICE** for reasons stated on the record, including the reasons stated by this Court in the Order in Reasons in *Mixon*:

- 17-5993    Ellen Young
- 17-5986    Mildred Robinson
- 18-12073   Gloria Swinton Franklin

**IT IS FURTHER ORDERED** that a briefing schedule will be issued for the following cases**:**

- 17-17973   Adele Aldridge
- 19-13740   Veronica Carr
- 19-12776   June Cooper
- 19-13769   Ernestine Dials
- 19-14326   Tehisha Hawkins
- 20-00296   Carolyn Jackson
- 19-12414   Mary J Jones
- 18-12263   Yvonne Lofton Jackson
- 19-13623   Paula Siemen
- 17-13486   Zosie Iacopetti
- 17-16564   Paulette Highland

- 17-15864 Marsha Hocker
- 17-15966 Renae Martinic
- 18-06633 Jenny Currington
- 18-11515 Veronica Mech
- 18-13853 Julie Clem
- 18-08400 Linda Nelson
- 17-10465 Desiree Griffin
- 17-06844 Linda Dobson
- 17-10035 Deborah Farrow
- 17-13431 Stephanie Mauk
- 18-11977 Robin Milligan
- 17-11490 Michelle Streeter



Exhibit A
Michigan Plaintiffs Subject to Dismissal

| # | Plaintiff Last Name | Plaintiff First Name | Law Firm Name | MDL Docket No. |
|---|---|---|---|---|
| 1 | COOK | CORDELLA | Allan Berger & Associates | 2:17-cv-03428 |
| 2 | BEACHEM | TERESA | Allen & Nolte, PLLC | 2:18-cv-12352 |
| 3 | KNAPP | JILL | Allen & Nolte, PLLC | 2:18-cv-12349 |
| 4 | OLSSON | BETTY | Allen & Nolte, PLLC | 2:18-cv-12360 |
| 5 | PASCOE | PATRICIA | Allen & Nolte, PLLC | 2:18-cv-13002 |
| 6 | RANDALL | KATHLEEN | Allen & Nolte, PLLC | 2:18-cv-12883 |
| 7 | REYNOLDS | MARIE | Allen & Nolte, PLLC | 2:18-cv-12179 |
| 8 | ROLLE | TIFFANIE | Allen & Nolte, PLLC | 2:18-cv-12914 |
| 9 | MORGAN | CYNTHIA | Andrews & Thornton | 2:17-cv-16861 |
| 10 | AYERS | EDDIE | Atkins & Markoff | 2:18-cv-12642 |
| 11 | DICKERSON | MARY | Atkins & Markoff | 2:18-cv-12631 |
| 12 | DULEK | TONYA | Atkins & Markoff | 2:18-cv-12542 |
| 13 | LOUWERS | KIMBERLY | Atkins & Markoff | 2:18-cv-12580 |
| 14 | LYONS | SUSAN | Atkins & Markoff | 2:18-cv-12633 |
| 15 | MCFARLAND | APRIL | Atkins & Markoff | 2:18-cv-12647 |
| 16 | NOVAK | KELLY | Atkins & Markoff | 2:18-cv-12589 |
| 17 | PAYNE | REGINA | Atkins & Markoff | 2:18-cv-12621 |
| 18 | PECK | ADLINE | Atkins & Markoff | 2:18-cv-12554 |
| 19 | RADNEY | SANDRA | Atkins & Markoff | 2:18-cv-12623 |
| 20 | RICHMOND | MARCIA | Atkins & Markoff | 2:18-cv-12591 |
| 21 | ROOF | CYNTHIA | Atkins & Markoff | 2:18-cv-12595 |
| 22 | WILLIAMSON | YVETTE | Atkins & Markoff | 2:18-cv-12600 |
| 23 | ALEXANDER | PATRICIA | Bachus & Schanker, LLC | 2:18-cv-02775 |
| 24 | BENNETT | LAVON | Bachus & Schanker, LLC | 2:18-cv-02222 |
| 25 | BOHLING | BONNIE | Bachus & Schanker, LLC | 2:18-cv-02784 |
| 26 | BOSTON | GWENDOLYN | Bachus & Schanker, LLC | 2:18-cv-01438 |
| 27 | BRASHER | DAWN | Bachus & Schanker, LLC | 2:18-cv-12374 |
| 28 | BRATTON | MISSOURI | Bachus & Schanker, LLC | 2:18-cv-01540 |
| 29 | CEDO | TAMMY | Bachus & Schanker, LLC | 2:18-cv-11876 |
| 30 | COOLEY | LISA | Bachus & Schanker, LLC | 2:18-cv-01326 |
| 31 | DAMAN | DONNA | Bachus & Schanker, LLC | 2:18-cv-00924 |
| 32 | DOUGLAS ETIM | ROBIN | Bachus & Schanker, LLC | 2:19-cv-13628 |
| 33 | DUNCAN | CORINE | Bachus & Schanker, LLC | 2:18-cv-02178 |
| 34 | EISILIONES | LAUREN | Bachus & Schanker, LLC | 2:19-cv-13771 |
| 35 | FELDT | CHERYL | Bachus & Schanker, LLC | 2:17-cv-02727 |
| 36 | FOUNTAIN | LISA | Bachus & Schanker, LLC | 2:18-cv-01546 |
| 37 | FREEMAN | PRISCILLA | Bachus & Schanker, LLC | 2:18-cv-01450 |
| 38 | FULTON | DONNA | Bachus & Schanker, LLC | 2:17-cv-16424 |
| 39 | GOLDSTON GRAY | EUGENIA | Bachus & Schanker, LLC | 2:19-cv-02662 |
| 40 | GRAYS | FAITH | Bachus & Schanker, LLC | 2:17-cv-08568 |
| 41 | GREENE | LAVARRE | Bachus & Schanker, LLC | 2:18-cv-12377 |
| 42 | GUNN | VICTORIA | Bachus & Schanker, LLC | 2:20-cv-00321 |
| 43 | HARRISON | BEATRICE | Bachus & Schanker, LLC | 2:19-cv-14077 |
| 44 | HAWKINS | CHARLENE | Bachus & Schanker, LLC | 2:19-cv-14354 |
| 45 | HEARING | PENNY | Bachus & Schanker, LLC | 2:17-cv-08338 |
| 46 | HILL | CHANTEL | Bachus & Schanker, LLC | 2:17-cv-13028 |
| 47 | HOEY | VANESSA | Bachus & Schanker, LLC | 2:19-cv-12250 |
| 48 | HOLMES | SHELLY | Bachus & Schanker, LLC | 2:18-cv-01382 |
| 49 | JACKSON | SHERRIE | Bachus & Schanker, LLC | 2:18-cv-01458 |
| 50 | JENKINS | LEMON | Bachus & Schanker, LLC | 2:18-cv-01336 |
| 51 | KLAASSEN | JANICE | Bachus & Schanker, LLC | 2:19-cv-14165 |
| 52 | KROOK | REBECCA | Bachus & Schanker, LLC | 2:19-cv-14009 |
| 53 | LARK | DEBORAH | Bachus & Schanker, LLC | 2:18-cv-01924 |
| 54 | LEACH | MARLENE | Bachus & Schanker, LLC | 2:18-cv-13540 |

Exhibit A
Michigan Plaintiffs Subject to Dismissal

| # | Plaintiff Last Name | Plaintiff First Name | Law Firm Name | MDL Docket No. |
|---|---|---|---|---|
| 55 | LONG | CATHIE | Bachus & Schanker, LLC | 2:18-cv-01896 |
| 56 | MCCLELLAN | KIMBERLY | Bachus & Schanker, LLC | 2:18-cv-01339 |
| 57 | MCCLURE | ORA | Bachus & Schanker, LLC | 2:19-cv-10098 |
| 58 | MCKAY | ANNA | Bachus & Schanker, LLC | 2:18-cv-01473 |
| 59 | MCKENZIE | PATRICIA | Bachus & Schanker, LLC | 2:19-cv-02494 |
| 60 | MULLINS | TINA | Bachus & Schanker, LLC | 2:19-cv-14126 |
| 61 | OLIVER SANDERS | MARLONE | Bachus & Schanker, LLC | 2:18-cv-01794 |
| 62 | ORR | RONDA | Bachus & Schanker, LLC | 2:19-cv-02554 |
| 63 | POSTELLI | CHERYL | Bachus & Schanker, LLC | 2:19-cv-02658 |
| 64 | RHONE | CORZAL | Bachus & Schanker, LLC | 2:20-cv-00282 |
| 65 | ROBINSON | DEBORA | Bachus & Schanker, LLC | 2:19-cv-09394 |
| 66 | ROGERS | ROSETTA | Bachus & Schanker, LLC | 2:18-cv-01598 |
| 67 | SANDER | DIANA | Bachus & Schanker, LLC | 2:18-cv-13521 |
| 68 | SCHAEFER | LINDA | Bachus & Schanker, LLC | 2:18-cv-02339 |
| 69 | SHELTON | BEVERLY | Bachus & Schanker, LLC | 2:18-cv-12651 |
| 70 | SMITH | RAELYNN | Bachus & Schanker, LLC | 2:18-cv-12676 |
| 71 | SMITH | SHIRLEY | Bachus & Schanker, LLC | 2:19-cv-01228 |
| 72 | SMITHERMAN | JACQUELINE | Bachus & Schanker, LLC | 2:18-cv-12260 |
| 73 | STOUT | ROSANNE | Bachus & Schanker, LLC | 2:19-cv-14127 |
| 74 | TAYLOR MANNINGS | LOUISE | Bachus & Schanker, LLC | 2:18-cv-01616 |
| 75 | THOMAS | OLIVIA | Bachus & Schanker, LLC | 2:18-cv-01230 |
| 76 | TOWNSEND | KEYATA | Bachus & Schanker, LLC | 2:19-cv-14337 |
| 77 | VANNESTE | DEBORAH | Bachus & Schanker, LLC | 2:17-cv-10295 |
| 78 | VICINI | CAROL | Bachus & Schanker, LLC | 2:19-cv-12361 |
| 79 | WILSON | JANISE | Bachus & Schanker, LLC | 2:18-cv-01371 |
| 80 | CRANDALL | JUDITH | Bailey & Greer PLLC | 2:18-cv-10663 |
| 81 | DAVIS | MONTENA | Bailey & Greer PLLC | 2:19-cv-00847 |
| 82 | MERREN | ANN | Bailey & Greer PLLC | 2:20-cv-00089 |
| 83 | SAMUELSON DEVAULT | KIRSTEN | Bailey & Greer PLLC | 2:18-cv-11694 |
| 84 | TALBERT | ROSE | Bailey & Greer PLLC | 2:18-cv-11143 |
| 85 | WILLIAMS | KATHERINE | Bailey & Greer PLLC | 2:18-cv-09241 |
| 86 | CURLEY MORABITO | MARY | Baron & Budd | 2:18-cv-05986 |
| 87 | WATKINS | DEBORA | Barrett Johnston Martin & Garrison, LLC | 2:20-cv-00937 |
| 88 | EIDEL | KRISTINA | Bator Lobb, P.C. | 2:17-cv-06024 |
| 89 | HAUSMANN COHEN | SARA | Bernstein Liebhard LLP | 2:18-cv-02812 |
| 90 | COLLINS | PATRICIA | Brent Coon & Associates | 2:17-cv-14019 |
| 91 | WRIGHT | ERICA | Brent Coon & Associates | 2:17-cv-14420 |
| 92 | ALEXANDER | JANICE | Brown & Crouppen | 2:18-cv-11559 |
| 93 | ALLEN | CARMEN | Brown & Crouppen | 2:18-cv-11565 |
| 94 | FRANCIS | SHARON | Brown & Crouppen | 2:18-cv-11544 |
| 95 | HANLEY CARMONA | JANET | Brown & Crouppen | 2:18-cv-11476 |
| 96 | MADDOX | LAVINIA | Brown & Crouppen | 2:17-cv-09751 |
| 97 | PARKER | LETHA | Brown & Crouppen | 2:18-cv-09111 |
| 98 | WILLIAMS | ROSEMARIE | Brown & Crouppen | 2:18-cv-04517 |
| 99 | PERKINS | BETTY | Brown, LLC | 2:19-cv-05059 |
| 100 | SCARBOROUGH | YOLANDA | Bruno & Bruno, LLP | 2:17-cv-06292 |
| 101 | HAMES | PATRICIA | Canepa Riedy Abele | 2:17-cv-17970 |
| 102 | MEININGER | SUE | Canepa Riedy Abele | 2:18-cv-04533 |
| 103 | SCHIPPA | LAURA | Canepa Riedy Abele | 2:19-cv-14675 |
| 104 | SEIFER | SHELLEY | Canepa Riedy Abele | 2:18-cv-10180 |
| 105 | SMITH | AMY | Canepa Riedy Abele | 2:18-cv-06478 |
| 106 | VOORHEES | BETTY | Canepa Riedy Abele | 2:18-cv-09379 |

Exhibit A
Michigan Plaintiffs Subject to Dismissal

| # | Plaintiff Last Name | Plaintiff First Name | Law Firm Name | MDL Docket No. |
|---|---|---|---|---|
| 107 | ALLISON | EBONY MICHELLE | Carey Danis & Lowe | 2:17-cv-16133 |
| 108 | HANCOCK | DIANE | Carey Danis & Lowe | 2:17-cv-15084 |
| 109 | JACKSON | GWENDOLYN | Carey Danis & Lowe | 2:17-cv-16459 |
| 110 | ROBINSON | MICHELLE | Carey Danis & Lowe | 2:17-cv-15080 |
| 111 | CORSTANGE | CHARLOTTE | Cutter Law PC | 2:18-cv-11208 |
| 112 | GONZALES CORDERO | DORCAS | Cutter Law PC | 2:18-cv-11670 |
| 113 | MORENO | VONNA | Cutter Law PC | 2:18-cv-13379 |
| 114 | ROBERTSON | ESTHER | Cutter Law PC | 2:18-cv-09681 |
| 115 | WARREN | MARY | Cutter Law PC | 2:18-cv-13070 |
| 116 | WELLS FRYE | DETREAS | Cutter Law PC | 2:18-cv-10365 |
| 117 | BERRY | JEAN | Davis & Crump, P. C. | 2:18-cv-01399 |
| 118 | CAMPBELL | SHARON | Davis & Crump, P. C. | 2:18-cv-11215 |
| 119 | CARTER | AUDREY | Davis & Crump, P. C. | 2:18-cv-09133 |
| 120 | FERRELL | ROSE | Davis & Crump, P. C. | 2:17-cv-07862 |
| 121 | HAMILTON | RUBY | Davis & Crump, P. C. | 2:20-cv-01861 |
| 122 | JOHNSON | BEATRICE | Davis & Crump, P. C. | 2:18-cv-11517 |
| 123 | KRUMBACH | KAREN | Davis & Crump, P. C. | 2:18-cv-07666 |
| 124 | LOOTENS | JUDITH | Davis & Crump, P. C. | 2:19-cv-12928 |
| 125 | MITCHELL | WILETHA | Davis & Crump, P. C. | 2:18-cv-10316 |
| 126 | PARRAN | JUDITH | Davis & Crump, P. C. | 2:18-cv-02092 |
| 127 | PETERS | ROBIN | Davis & Crump, P. C. | 2:18-cv-11107 |
| 128 | PICKETT | BARBARA | Davis & Crump, P. C. | 2:18-cv-09335 |
| 129 | STALLARD | BETTY | Davis & Crump, P. C. | 2:18-cv-09128 |
| 130 | TAYLOR | JENNIFER | Davis & Crump, P. C. | 2:18-cv-05984 |
| 131 | WOODFORD | JANELLE | Davis & Crump, P. C. | 2:18-cv-01126 |
| 132 | BANTON | CYNTHIA | Fears | Nachawati | 2:18-cv-13730 |
| 133 | BROWN LINDSAY | REGINA | Fears | Nachawati | 2:18-cv-13459 |
| 134 | BROWNDORF | MOLLY | Fears | Nachawati | 2:18-cv-13800 |
| 135 | CARTER | ANTOINETTE | Fears | Nachawati | 2:18-cv-13709 |
| 136 | CELIA | DEBRA | Fears | Nachawati | 2:18-cv-13338 |
| 137 | CHIRKAS | JUDITH | Fears | Nachawati | 2:18-cv-13060 |
| 138 | CUMMINGS | JUDITH | Fears | Nachawati | 2:18-cv-13242 |
| 139 | ELDRED | SHERI | Fears | Nachawati | 2:18-cv-13393 |
| 140 | FREEMAN | KIM | Fears | Nachawati | 2:18-cv-08419 |
| 141 | GILLETTE | AMY | Fears | Nachawati | 2:18-cv-13454 |
| 142 | GOVAN | SHELLEY | Fears | Nachawati | 2:18-cv-13682 |
| 143 | GUCWA | BARBARA | Fears | Nachawati | 2:18-cv-11092 |
| 144 | HALFHILL | TRACI | Fears | Nachawati | 2:18-cv-11063 |
| 145 | HARDEN | TSHONDA | Fears | Nachawati | 2:18-cv-13134 |
| 146 | HAWLEY | DIANE | Fears | Nachawati | 2:18-cv-13340 |
| 147 | HINTON | BEVERLY | Fears | Nachawati | 2:18-cv-10275 |
| 148 | HORN | PAMELA | Fears | Nachawati | 2:18-cv-06046 |
| 149 | HORNE | YVONNE | Fears | Nachawati | 2:18-cv-13856 |
| 150 | HUSSEY | MARY | Fears | Nachawati | 2:18-cv-10204 |
| 151 | HUSTLER | LARAINE | Fears | Nachawati | 2:18-cv-10492 |
| 152 | JOHNSON | DORIS | Fears | Nachawati | 2:18-cv-08870 |
| 153 | JOHNSON | SANDRA | Fears | Nachawati | 2:18-cv-13042 |
| 154 | JONES | KATHRYN | Fears | Nachawati | 2:18-cv-12202 |
| 155 | KEBLER | BECKY | Fears | Nachawati | 2:18-cv-08392 |
| 156 | LIPINSKI | DEBORAH | Fears | Nachawati | 2:18-cv-09725 |
| 157 | LITTLE | KATTIE | Fears | Nachawati | 2:18-cv-13602 |
| 158 | LOMAX | WANDA | Fears | Nachawati | 2:18-cv-10827 |
| 159 | LUCKETT | KARLA | Fears | Nachawati | 2:18-cv-08475 |
| 160 | MEAD | MARGARET | Fears | Nachawati | 2:18-cv-13695 |

Exhibit A
Michigan Plaintiffs Subject to Dismissal

| # | Plaintiff Last Name | Plaintiff First Name | Law Firm Name | MDL Docket No. |
|---|---|---|---|---|
| 161 | MYERS | TAMMY | Fears | Nachawati | 2:18-cv-13651 |
| 162 | NEWMAN PARKER | KATHERINE | Fears | Nachawati | 2:18-cv-10882 |
| 163 | ONEILL | SUZANNE | Fears | Nachawati | 2:18-cv-13634 |
| 164 | OSENBAUGH | TAMARA | Fears | Nachawati | 2:18-cv-10588 |
| 165 | RAY | ALVERA | Fears | Nachawati | 2:18-cv-13219 |
| 166 | RILEY | MARY | Fears | Nachawati | 2:17-cv-14104 |
| 167 | ROBINSON | TRACY | Fears | Nachawati | 2:18-cv-13544 |
| 168 | RUCKER | SILVIA | Fears | Nachawati | 2:18-cv-08816 |
| 169 | SCHAAP | BARBARA | Fears | Nachawati | 2:18-cv-06908 |
| 170 | SHAFT | YVONNE | Fears | Nachawati | 2:18-cv-13144 |
| 171 | SMITH | MARGARET | Fears | Nachawati | 2:18-cv-13313 |
| 172 | THIBEAU | DOREEN | Fears | Nachawati | 2:18-cv-13122 |
| 173 | THOMAS | MARGARET | Fears | Nachawati | 2:18-cv-10694 |
| 174 | TOLAN | CAROLYN | Fears | Nachawati | 2:18-cv-03946 |
| 175 | WEAVER MORROW | TYSHEENA | Fears | Nachawati | 2:18-cv-12871 |
| 176 | WHITE | SHARON | Fears | Nachawati | 2:18-cv-06047 |
| 177 | YOUNG | ROSA | Fears | Nachawati | 2:18-cv-13149 |
| 178 | BELANGER | JENNIFER | Fernelius Simon PLLC | 2:17-cv-09423 |
| 179 | GROELSMA | SHARON | Fernelius Simon PLLC | 2:17-cv-12894 |
| 180 | MILLS | LINDA | Fernelius Simon PLLC | 2:17-cv-09348 |
| 181 | VAILLANCOURT | LINDA | Fernelius Simon PLLC | 2:17-cv-11320 |
| 182 | VICK | SUSAN | Finson Law Firm | 2:20-cv-02666 |
| 183 | CARTER | CONNIE | Fox and Farley | 2:19-cv-00743 |
| 184 | CHEATHAMJONES | SHARON | Fox and Farley | 2:19-cv-00749 |
| 185 | CLARK | BARBARA | Fox and Farley | 2:19-cv-09717 |
| 186 | GREEN | MARY | Fox and Farley | 2:19-cv-13716 |
| 187 | KURELKO | CRYSTAL | Fox and Farley | 2:19-cv-01338 |
| 188 | LEE | JEWEL | Fox and Farley | 2:18-cv-11676 |
| 189 | SERAFINI | CATHY | Fox and Farley | 2:18-cv-12023 |
| 190 | DILLARD | TRACEY | Gainsburgh Benjamin | 2:17-cv-13674 |
| 191 | HENRY | DARLENE | Gainsburgh Benjamin | 2:17-cv-12780 |
| 192 | MERCHANT | VALERIA | Gibbs Law Group LLP | 2:16-cv-16252 |
| 193 | DILWORTH | GAIL | Gomez Trial Attorneys | 2:17-cv-13691 |
| 194 | HOLMES | GWENDOLYN | Gomez Trial Attorneys | 2:17-cv-12652 |
| 195 | MERCER | THERESA | Gomez Trial Attorneys | 2:17-cv-05458 |
| 196 | STANTON | JOSEPHINE | Harrison Davis Steakley Morrison Jones, PC | 2:17-cv-13612 |
| 197 | PARNELL | DONNA | Heninger Garrison Davis, LLC | 2:19-cv-14796 |
| 198 | PATTERSON | HILDA | Hodes Milman Liebeck, LLP | 2:18-cv-03933 |
| 199 | BAILEY | CYNTHIA | Hodges & Foty, LLP | 2:19-cv-02217 |
| 200 | JOHNSON | PHYLLIS | Hodges & Foty, LLP | 2:19-cv-12095 |
| 201 | KEYS | PIPPIE | Hodges & Foty, LLP | 2:19-cv-02244 |
| 202 | MILLER | ALBERTA | Hodges & Foty, LLP | 2:19-cv-02400 |
| 203 | MALONE | TERRI | Hotze Runkle PLLC | 2:17-cv-04706 |
| 204 | SHEPHERD | DANETTE | Hotze Runkle PLLC | 2:17-cv-11200 |
| 205 | DUNSON | CASSANDRA | Jim S. Hall & Associates, LLC | 2:17-cv-05962 |
| 206 | HARRISON | ROBERTA | Jim S. Hall & Associates, LLC | 2:17-cv-06753 |
| 207 | KIRRMANN | JULIE | Johnson Law Group | 2:18-cv-08056 |
| 208 | NOBLE | ERVINA | Johnson Law Group | 2:19-cv-02468 |
| 209 | RETLAND | LINDA | Johnson Law Group | 2:18-cv-07134 |
| 210 | WILCOX | GERALDINE | Kirtland & Packard LLP | 2:18-cv-12119 |
| 211 | WILSON | WANDA | Kirtland & Packard LLP | 2:17-cv-17353 |
| 212 | UPCHURCH | TERRI | Langdon & Emison LLC | 2:17-cv-12624 |
| 213 | MILLER | KENDRA | Law Offices of A. Craig Eiland | 2:17-cv-16012 |

Exhibit A
Michigan Plaintiffs Subject to Dismissal

| # | Plaintiff Last Name | Plaintiff First Name | Law Firm Name | MDL Docket No. |
|---|---|---|---|---|
| 214 | ROBINSON | LITA | Law Offices of A. Craig Eiland | 2:17-cv-14808 |
| 215 | SIMS | DORIS | Law Offices of A. Craig Eiland | 2:17-cv-14796 |
| 216 | TROY | BARBARA | Law Offices of Tony Seaton & Associates, PLLC | 2:19-cv-13127 |
| 217 | CHENDES | ALANA | Lowe Law Group | 2:18-cv-05715 |
| 218 | CONROY | JACQUELINE | Lowe Law Group | 2:18-cv-08281 |
| 219 | CORBIN | MARY | Lowe Law Group | 2:18-cv-05745 |
| 220 | CSIZMADIA | REBECCA | Lowe Law Group | 2:18-cv-07808 |
| 221 | GLENN | DENESE | Lowe Law Group | 2:18-cv-04208 |
| 222 | GORKA | ANN | Lowe Law Group | 2:18-cv-10101 |
| 223 | GULLEY | TONYA | Lowe Law Group | 2:18-cv-07109 |
| 224 | HALL | SHARON | Lowe Law Group | 2:18-cv-03838 |
| 225 | HOEKSTRA | DAWN | Lowe Law Group | 2:18-cv-07518 |
| 226 | JOHNSON | SHEILA | Lowe Law Group | 2:18-cv-07092 |
| 227 | KELLY | CHERILYN | Lowe Law Group | 2:18-cv-07139 |
| 228 | KLOC | MELISSA | Lowe Law Group | 2:18-cv-04212 |
| 229 | MYERS | KARLA | Lowe Law Group | 2:18-cv-06311 |
| 230 | PLATTE | JOY | Lowe Law Group | 2:18-cv-05749 |
| 231 | PUMFREY | SHIRLEY | Lowe Law Group | 2:18-cv-10176 |
| 232 | ST LOUIS | KIM | Lowe Law Group | 2:18-cv-05358 |
| 233 | WHITFIELD | PATRICIA | Lowe Law Group | 2:18-cv-03713 |
| 234 | CRAFT | MARLENE | MacArthur, Heder, & Metler | 2:20-cv-01053 |
| 235 | JOHNSON | JUDITH | MacArthur, Heder, & Metler | 2:20-cv-03334 |
| 236 | LEMMER | MARILYN | MacArthur, Heder, & Metler | 2:19-cv-12360 |
| 237 | BLODGETT | MARTHA | Maher Law Firm | 2:18-cv-12456 |
| 238 | WILLIAMS | GWENDOLYN | Maher Law Firm | 2:18-cv-12452 |
| 239 | BAGNER PATTERSON | GWENDOLYN | Marc J. Bern & Partners LLP | 2:18-cv-09046 |
| 240 | BURBARY | KATHLEEN | Marc J. Bern & Partners LLP | 2:18-cv-01929 |
| 241 | JACKSON | VICTORIA | Marc J. Bern & Partners LLP | 2:17-cv-07056 |
| 242 | LAGINESS | DEBBIE | Marc J. Bern & Partners LLP | 2:18-cv-02538 |
| 243 | SIMPSON | KAY | Martinez & McGuire PLLC | 2:20-cv-00876 |
| 244 | WILLIAMS | LINDA | Martinez & McGuire PLLC | 2:20-cv-01818 |
| 245 | MITCHELL | DORREN | McCollum & Griggs, LLC | 2:17-cv-16816 |
| 246 | GANT | PAMELA | McGartland Law Firm, PLLC | 2:17-cv-06154 |
| 247 | GREGORICH | SHARON | McGartland Law Firm, PLLC | 2:17-cv-06327 |
| 248 | KAHL | LORETTA | McGartland Law Firm, PLLC | 2:18-cv-06931 |
| 249 | PETERS | BARBARA | McGartland Law Firm, PLLC | 2:18-cv-05860 |
| 250 | SEALS | MARGIE | McGartland Law Firm, PLLC | 2:18-cv-11751 |
| 251 | SWANSON | CYNTHIA | McGartland Law Firm, PLLC | 2:18-cv-09591 |
| 252 | TORTORELLI | PATRICIA | McGartland Law Firm, PLLC | 2:18-cv-06618 |
| 253 | VELICK | DEBRA | McGartland Law Firm, PLLC | 2:18-cv-11596 |
| 254 | WHITE | BRENDA | McGartland Law Firm, PLLC | 2:18-cv-06785 |
| 255 | BOYNTON | ETHEL | McSweeney/Langevin LLC | 2:18-cv-12075 |
| 256 | GIBSON | VIVIAN | McSweeney/Langevin LLC | 2:18-cv-12814 |
| 257 | MCDOWELL | LOIS | McSweeney/Langevin LLC | 2:18-cv-12969 |
| 258 | PERRIN | BRENDA | McSweeney/Langevin LLC | 2:18-cv-11954 |
| 259 | SELLERS JOHNSON | EMMA | McSweeney/Langevin LLC | 2:19-cv-12993 |
| 260 | SIMMONS | LATRACY | McSweeney/Langevin LLC | 2:18-cv-12043 |
| 261 | UHELSKI | LACEY | McSweeney/Langevin LLC | 2:18-cv-12809 |
| 262 | BLUMKE | ALICE | Napoli Shkolnik PLLC | 2:19-cv-12016 |
| 264 | ROBINSON | BERNEATHEA | Napoli Shkolnik PLLC | 2:19-cv-12017 |
| 263 | BROOKS | SOPHONIA | Niemeyer, Grebel & Kruse | 2:18-cv-13009 |
| 265 | ROBINSON | TRACYE | Niemeyer, Grebel & Kruse | 2:18-cv-09458 |
| 266 | ANDREWS | CHRISTINE | Niemeyer, Grebel & Kruse | 2:17-cv-09998 |

Exhibit A
Michigan Plaintiffs Subject to Dismissal

| # | Plaintiff Last Name | Plaintiff First Name | Law Firm Name | MDL Docket No. |
|---|---|---|---|---|
| 267 | BANES | NONA | Niemeyer, Grebel & Kruse | 2:18-cv-10367 |
| 268 | CROWLEY | JOYCE | Niemeyer, Grebel & Kruse | 2:18-cv-12418 |
| 269 | DURANT | ROBIN | Niemeyer, Grebel & Kruse | 2:18-cv-11093 |
| 270 | FLORES | RAMONA | Niemeyer, Grebel & Kruse | 2:17-cv-10306 |
| 271 | ROSSI | MARGARET | Niemeyer, Grebel & Kruse | 2:18-cv-10352 |
| 272 | TRIBLEY | KAREN | Niemeyer, Grebel & Kruse | 2:18-cv-12427 |
| 273 | HALL | JANE | Pendley, Baudin & Coffin, L.L.P. | 2:18-cv-00654 |
| 274 | BENNING | GWENDOLYN | Peterson & Associates, P.C. | 2:18-cv-11682 |
| 275 | KIDD | MARIAN | Peterson & Associates, P.C. | 2:17-cv-15050 |
| 276 | CLOUSE | JUDY | Reich and Binstock, LLP | 2:18-cv-06750 |
| 277 | HIGGERSON | JILL | Reich and Binstock, LLP | 2:18-cv-03879 |
| 278 | KETCHENS | SYLVIA | Reich and Binstock, LLP | 2:18-cv-07496 |
| 279 | SMITH | LINDA | Reich and Binstock, LLP | 2:18-cv-07874 |
| 280 | BORGMAN | KIMBERLY | Reyes|Browne|Reilley | 2:18-cv-12124 |
| 281 | DEAN | KAYE KAREN | Reyes|Browne|Reilley | 2:18-cv-12341 |
| 282 | ERB | LISA | Reyes|Browne|Reilley | 2:18-cv-10770 |
| 283 | FOLKS | MARY | Reyes|Browne|Reilley | 2:18-cv-12358 |
| 284 | GILBERT | KATHLEEN | Reyes|Browne|Reilley | 2:18-cv-13282 |
| 285 | GREEN | RUTHIE | Reyes|Browne|Reilley | 2:18-cv-11398 |
| 286 | HUTCHINSON | CONITA | Reyes|Browne|Reilley | 2:18-cv-10679 |
| 287 | LEE | CAROLYN | Reyes|Browne|Reilley | 2:18-cv-12140 |
| 288 | MARTINEZ | SHAWNA | Reyes|Browne|Reilley | 2:18-cv-11442 |
| 289 | MCCOY | ANDREA | Reyes|Browne|Reilley | 2:18-cv-11441 |
| 290 | MCKAY | LINDA | Reyes|Browne|Reilley | 2:18-cv-11426 |
| 291 | REED | KARMEN | Reyes|Browne|Reilley | 2:18-cv-11428 |
| 292 | SCHULTZ | MICHELLE | Reyes|Browne|Reilley | 2:18-cv-12142 |
| 293 | SIEGEL | KAREN | Reyes|Browne|Reilley | 2:18-cv-10449 |
| 294 | STEVENS | JANET | Reyes|Browne|Reilley | 2:18-cv-12199 |
| 295 | TIBBITS | LISA | Reyes|Browne|Reilley | 2:18-cv-10444 |
| 296 | TYUS | SERRANO | Reyes|Browne|Reilley | 2:18-cv-12535 |
| 297 | WOLFE | NADIA | Reyes|Browne|Reilley | 2:18-cv-12875 |
| 298 | ZIADEH | RIMA | Reyes|Browne|Reilley | 2:18-cv-10445 |
| 299 | BARTKOWIAK | KATHRYN | Robins Kaplan LLP | 2:18-cv-02838 |
| 300 | DUFFIELD | CAROL | Robins Kaplan LLP | 2:20-cv-00591 |
| 301 | MORANT | ZARITA | Roden Law | 2:19-cv-10492 |
| 302 | PETTIS | LEARLEE | Rosen Harwood, P.A. | 2:19-cv-09443 |
| 303 | RUSSELL | DEBRA | Rosen Harwood, P.A. | 2:21-cv-00384 |
| 304 | TRAPP | ADRIENNE | Seithel Law, LLC | 2:19-cv-11702 |
| 305 | ANDREANSKY | REBECCA | Shaw Cowart, LLP | 2:17-cv-12850 |
| 306 | HEIL | ROBIN | Shaw Cowart, LLP | 2:17-cv-16340 |
| 307 | JACKSON | SHIRLENE | Shaw Cowart, LLP | 2:18-cv-11573 |
| 308 | LOPER | PATRICIA | Shaw Cowart, LLP | 2:18-cv-11213 |
| 309 | RASE | BILLIE | Shaw Cowart, LLP | 2:17-cv-14142 |
| 310 | WERNER | LINDA | Shaw Cowart, LLP | 2:17-cv-13265 |
| 311 | WILSON | KINA | Shaw Cowart, LLP | 2:17-cv-14117 |
| 312 | MURPHY | STEPHENIE | Stag Liuzza, LLC | 2:18-cv-11184 |
| 313 | HARRIS | ANGELA | Summers & Johnson, P.C. | 2:18-cv-02583 |
| 314 | BECKER | PATRICIA | Sweeney Merrigan Law | 2:18-cv-10374 |
| 315 | CRUICKSHANK | DENISE | Sweeney Merrigan Law | 2:18-cv-10961 |
| 316 | DODGE | GWEN | The Gallagher Law Firm PLLC | 2:19-cv-11627 |
| 317 | NINE | BRENDA | The Gori Law Firm, P.C. | 2:18-cv-11918 |
| 318 | NOWLAND | BONNIE | The Gori Law Firm, P.C. | 2:18-cv-04314 |
| 319 | PAWLGIERAK | MICHELLE | The Gori Law Firm, P.C. | 2:18-cv-11919 |
| 320 | WALLACE | LINDA | The Gori Law Firm, P.C. | 2:18-cv-11943 |

Exhibit A
Michigan Plaintiffs Subject to Dismissal

| # | Plaintiff Last Name | Plaintiff First Name | Law Firm Name | MDL Docket No. |
|---|---|---|---|---|
| 321 | HARPER | ROSADELL | The Goss Law Firm | 2:18-cv-12743 |
| 322 | BYNUM | JOAN | The Murray Law Firm | 2:19-cv-13196 |
| 323 | PEEBLES | JUDITH | The Murray Law Firm | 2:18-cv-05572 |
| 324 | RODGERS | JEAN | The Murray Law Firm | 2:19-cv-11622 |
| 325 | CURTIS | CHRISTINE | TorHoerman Law LLC | 2:18-cv-07049 |
| 326 | POIRIER | DEBORAH | TorHoerman Law LLC | 2:18-cv-08926 |
| 327 | STRUBLE | MELISSA | TorHoerman Law LLC | 2:18-cv-07094 |
| 328 | DIALLO | FELICIA | Verhine & Verhine, PLLC | 2:17-cv-06999 |
| 329 | BRYANT | CHERYL | Wendt Law Firm, P.C. | 2:18-cv-10858 |
| 330 | BURTON | BETTIE | Wendt Law Firm, P.C. | 2:18-cv-12232 |
| 331 | COOLEY | KAREN | Wendt Law Firm, P.C. | 2:18-cv-10864 |
| 332 | COUCH | BETTY | Wendt Law Firm, P.C. | 2:18-cv-10965 |
| 333 | CROSS | JOLI | Wendt Law Firm, P.C. | 2:18-cv-11070 |
| 334 | EL AMIN | APRIL | Wendt Law Firm, P.C. | 2:18-cv-12241 |
| 335 | GORDON | SHERRY | Wendt Law Firm, P.C. | 2:18-cv-13115 |
| 336 | HILL | MICHELLE | Wendt Law Firm, P.C. | 2:18-cv-10972 |
| 337 | JACKSON | KAREN | Wendt Law Firm, P.C. | 2:18-cv-10929 |
| 338 | KNIGHTEN | JACQUELINE | Wendt Law Firm, P.C. | 2:18-cv-12266 |
| 339 | STODDARD | STEPHANIE | Wendt Law Firm, P.C. | 2:18-cv-12190 |
| 340 | VAN NOTE | SHARON | Wendt Law Firm, P.C. | 2:18-cv-13159 |
| 341 | ALAIRE | MARIE | WHITFIELD BRYSON LLP | 2:17-cv-07462 |
| 342 | CAREY | AHNAMARIA | WHITFIELD BRYSON LLP | 2:17-cv-09027 |
| 343 | HICKMAN | EVA | WHITFIELD BRYSON LLP | 2:17-cv-13857 |
| 344 | MASON | FLORIA | Williams Hart Boundas Easterby, LLP | 2:17-cv-15425 |
| 345 | BEER-EYK | SUSANNE | Williams Hart Boundas Easterby, LLP | 2:17-cv-15307 |
| 346 | HALL | MATTIE | Williams Hart Boundas Easterby, LLP | 2:17-cv-15341 |
| 347 | KROLL | TRACY | Williams Hart Boundas Easterby, LLP | 2:17-cv-12036 |
| 348 | SCHWALLIE | PAMELA | Williams Hart Boundas Easterby, LLP | 2:17-cv-12000 |
| 349 | TAYLOR | JODI | Williams Hart Boundas Easterby, LLP | 2:17-cv-11985 |
| 350 | TROUTMAN | KRYSTAL | Williams Hart Boundas Easterby, LLP | 2:17-cv-15464 |
| 351 | WASHINGTON | ANSILEEN | Williams Hart Boundas Easterby, LLP | 2:17-cv-11948 |
| 352 | WOODS | KAREN | Williams Hart Boundas Easterby, LLP | 2:17-cv-15543 |
| 353 | DIXON | VERNITA | Reyes\|Browne\|Reilley | 2:18-cv-10676 |
| 354 | KROLICKI | SHARON | Reyes\|Browne\|Reilley | 2:18-cv-10298 |
| 355 | REARDON | JUANITA | Reyes\|Browne\|Reilley | 2:18-cv-12376 |