# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) | MDL No. 16-2740 SECTION: "H" (5) |
| **This document relates to:** Cases listed on Exhibit A, attached | | |

## ORDER

Before the Court are Defendants' Motions for Summary Judgment Pursuant to *Mixon* Order and Reasons (Docs. 13580, 13581, 13582, 13583, 13584, & 13585);

**IT IS ORDERED** that these Motions (Docs. 13580, 13581, 13582, 13583, 13584, & 13585) are **DENIED** without prejudice, subject to being re-urged in the respective district courts upon remand.

New Orleans, Louisiana, this 26th day of July, 2022.

_____
**HON. JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE**

**EXHIBIT A**

1. Adele Aldridge, Case No. 2:17-cv-17973
2. Veronica Carr, Case No. 2:19-cv-13740
3. June E. Cooper, Case No. 2:19-cv-12776
4. Ernestine Dials, Case No. 2:19-cv-13769
5. Sandra Giffen, Case No. 2:18-cv-08764
6. Tehisha Hawkins, Case No. 2:19-cv-14326
7. Carolyn W. Jackson, Case No. 2:20-cv-00296
8. Mary J. Jones, Case No. 2:19-cv-12414
9. Yvonne Lofton-Jackson, Case No. 2:18-cv-12263
10. Paula Siemen, Case No. 2:19-cv-13623
11. Jenny Currington, Case No. 2:18-cv-06633
12. Paulette Highland, Case No. 2:17-cv-16564
13. Marsha Hocker, Case No. 2:17-cv-15864
14. Annette Krusinsky, Case No. 2:17-cv-15954
15. Renae Martinic, Case No. 2:17-cv-15966
16. Julie Clem, Case No. 2:18-cv-13853
17. Robin Milligan , Case No. 2:18-cv-11977
18. Linda Nelson, Case No. 2:18-cv-8400
19. Zosie Iacopetti, Case No. 2:17-cv-13486
20. Linda B. Dobson, Case No. 2:17-cv-06844
21. Veronica Mech , Case No. 2:18-cv-11515
22. Denise Ericks, o/b/o Stefanie Mauk, Case No. 2:17-cv-13431
23. Desiree Griffin, Case No. 2:17-cv-10465
24. Deborah Farrow, Case No. 2:17-cv-10035
25. Michelle Streeter, Case No. 2:17-cv-114