UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **Alisa Larsen,**<br><br>    Plaintiff,<br><br>    v.<br><br>**Sanofi-Aventis U.S. LLC; Sanofi US Services Inc. formerly known as Sanofi-Aventis U.S. Inc.**<br><br>    Defendants. | **CASE NO. 2:17-cv-14876** |

**JOINT DESIGNATION OF CASE-SPECIFIC MDL RECORDS
TO BE INCLUDED UPON REMAND**

The parties jointly designate the following documents from the docket in *Alisa Larsen v. Sanofi-Aventis U.S. LLC,* Case No. 2:17-cv-14876 to be included in the record on remand.

| No. | Date Filed | Rec. Doc. | Docket No. | Docket Text |
|---|---|---|---|---|
| 1 | 12/5/2017 | 1 | 2:17-cv-14876 | Complaint (Short Form Complaint) and Summons |
| 2 | 12/22/2017 | 3 | 2:17-cv-14876 | Summons |
| 3 | 5/17/2023 | N/A | 2:17-cv-14876 | Case Docket |

The above designations are intended to supplement the parties' general designations of the MDL docket in the above-captioned action, which will be designated separately and are incorporated herein by reference.

The parties further agree and stipulate that, subject to the Court's approval, if any party believes a relevant document was inadvertently not included in the above list, the parties may confer and jointly supplement this joint designation without requesting a hearing or a motion to supplement. Further, the document designations are intended to incorporate and include all exhibits or attachments that accompanied the documents as filed.

1

Dated: May 24, 2023

| | |
|---|---|
| /s/ *J. Christopher Elliott*<br>J. Christopher Elliott<br>J. Kyle Bachus<br>Darin L. Schanker<br>Bachus & Schanker, LLC<br>101 West Colfax Suite 650<br>Denver, CO 80202<br>Phone: (303) 893-8900<br>Email: celliott@coloradolaw.net<br>Email: kyle.bachus@coloradolaw.net<br>Email: dschanker@coloradolaw. net<br><br><br>Attorneys for Plaintiff | /s/ *Chris Kaufman*<br>Chris Kaufman<br>Shook, Hardy & Bacon, L.L.P.<br>2555 Grand Boulevard<br>Kansas City, MO 64108<br>Phone: (816) 474-6550<br>Facsimile: (816) 421-5547<br>Email: ckaufman@shb.com<br><br>Attorney for Defendants Sanofi-Aventis U.S. LLC and Sanofi US Services Inc. |

## CERTIFICATE OF SERVICE

I hereby certify that on May 24, 2023 I electronically filed the foregoing with the Clerk using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in the member cases.

/s/ *Chris Kaufman*