Query   Reports   Utilities   Help   Log Out

CONSOL,TAXOTERE

# U.S. District Court
# Eastern District of Louisiana (New Orleans)
# CIVIL DOCKET FOR CASE #: 2:17-cv-14876-JTM-MBN

Larsen v. Sanofi-Aventis U.S. LLC et al
Assigned to: Judge Jane Triche Milazzo
Referred to: Magistrate Judge Michael North
Lead case: 2:16-md-02740-JTM-MBN
Member case: (View Member Case)
Cause: 28:1332 Diversity-Product Liability

Date Filed: 12/05/2017
Jury Demand: Plaintiff
Nature of Suit: 367 Personal Injury: Health Care/Pharmaceutical Personal Injury Product Liability
Jurisdiction: Diversity

**Plaintiff**

**Alisa Larsen**  represented by  **Darin Lee Schanker**
Bachus & Schanker, LLC (Denver)
1899 Wynkoop Street, Suite 700
Denver, CO 80202
303-893-9800
Fax: 303-893-9900
Email: dschanker@coloradolaw.net
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jere Kyle Bachus**
Bachus & Schanker, LLC (Denver)
1899 Wynkoop Street, Suite 700
Denver, CO 80202
303-893-9800
Fax: 303-893-9900
Email: kyle.bachus@coloradolaw.net
*ATTORNEY TO BE NOTICED*

**John Christopher Elliott**
Bachus & Schanker, LLC
101 West Colfax
Suite 650
Denver, CO 80202
303-893-9800
Fax: 303-893-9900
Email: celliott@coloradolaw.net
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Sanofi-Aventis U.S. LLC**
*doing business as*
Winthrop U.S.

**Defendant**

**Sanofi US Services Inc.**
*formerly known as*
Sanofi-Aventis U.S. Inc.

| Date Filed | # | Docket Text |
|---|---|---|
| 12/05/2017 | 1 | AMENDED SHORT FORM COMPLAINT with jury demand against Sanofi US Services Inc., Sanofi-Aventis U.S. LLC (Filing fee $ 400 receipt number 053L-6513804) filed by Alisa Larsen. (Attachments: # 1 Civil Cover Sheet, # 2 Summons, # 3 Summons)Attorney Jere Kyle Bachus added to party Alisa Larsen(pty:pla).(Bachus, Jere) Modified on 12/22/2017 (jjs). (Entered: 12/05/2017) |
| 12/08/2017 | 2 | Initial Case Assignment to Chief Judge Kurt D. Engelhardt and Magistrate Judge Michael North. (gk) (Entered: 12/08/2017) |
| 12/22/2017 | 3 | Summons Issued as to Sanofi US Services Inc., Sanofi-Aventis U.S. LLC. (jjs) (Entered: 12/22/2017) |
| 01/03/2018 | 4 | PRETRIAL ORDERS. Signed by Chief Judge Kurt D. Engelhardt.(ADI) (Entered: 01/03/2018) |
| 05/23/2018 | 5 | ORDER REASSIGNING CASE. Case reassigned to Judge Jane Triche Milazzo. Chief Judge Kurt D. Engelhardt no longer assigned to case. Signed by Judge Sarah S. Vance. (ADI) (Entered: 05/23/2018) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 05/17/2023 06:36:22 | | | |
| **PACER Login:** | sh0019sh | **Client Code:** | 36225.388099 KSY |
| **Description:** | Docket Report | **Search Criteria:** | 2:17-cv-14876-JTM-MBN |
| **Billable Pages:** | 2 | **Cost:** | 0.20 |