**Michael J. Estok**, OSB #090748
Email: mestok@lindsayhart.com
LINDSAY HART, LLP
1300 SW Fifth Avenue, Suite 3400
Portland, Oregon 97201-5640
Phone: 503-226-7677
Fax: 503-226-7697
        Attorneys for Defendants

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

ALISA LARSEN**,**                                              Case No. 3:23-cv-00782-YY

            Plaintiff,

                                                               **NOTICE OF APPEARANCE**

        v.

SANOFI-AVENTIS U.S. LLC ; SANOFI US
SERVICES INC.

            Defendants.

**TO:**          **THE CLERK OF COURT**

**AND TO:**      **ALL PARTIES OF RECORD**

PLEASE TAKE NOTICE that Michael J. Estok of Lindsay Hart, LLP, hereby files this

Notice of Appearance to be added as counsel for Defendants in the above referenced matter.  It is

requested that an entry be made on the clerk's docket or matrix in this case that all notices,

documents, pleadings, and orders in this case be served on the following:

        Michael J. Estok
        LINDSAY HART, LLP
        1300 SW Fifth Avenue, Suite 3400
        Portland, Oregon, 97201
        Phone: 503-226-7677
        Email: mestok@lindsayhart.com

Dated this 31st day of May, 2023.


                        LINDSAY HART, LLP


                        By:  /s/ *Michael J. Estok*
                             Michael J. Estok, OSB No. 090748
                             mestok@lindsayhart.com
                             Attorneys for Defendants