**Michael J. Estok**, OSB #090748
Email: mestok@lindsayhart.com
LINDSAY HART, LLP
1300 SW Fifth Avenue, Suite 3400
Portland, Oregon 97201-5640
Phone: 503-226-7677
Fax: 503-226-7697
    Attorneys for Defendants

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| ALISA LARSEN, | Case No. 3:23-cv-00782-YY |
|     Plaintiff, | **CORPORATE DISCLOSURE STATEMENT** |
| v. | |
| SANOFI-AVENTIS U.S. LLC ; SANOFI US SERVICES INC. | |
|     Defendants. | |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1, Defendants sanofi-aventis U.S. LLC and Sanofi U.S. Services Inc., by its attorneys, provide the following disclosure:

Sanofi is the parent company to sanofi-aventis U.S. LLC and Sanofi U.S. Services, Inc. Sanofi, which is a publicly held company, owns 10% or more of stock in sanofi-aventis U.S. LLC and Sanofi U.S. Services, Inc. Sanofi is publicly traded on the New York and Paris Exchanges.

Sanofi-aventis U.S. LLC is a Delaware limited liability company with its principal place of business in Bridgewater, New Jersey. Sanofi US Services Inc. is a Delaware corporation with its principal place of business in Bridgewater, New Jersey.

Dated this 31st day of May, 2023.

                    LINDSAY HART, LLP

                By: /s/ *Michael J. Estok*
                    Michael J. Estok, OSB No. 090748
                    mestok@lindsayhart.com
                    Attorneys for Defendants