Ryan S. Jennings
The Gatti Law Firm
235 Front St. SE, Ste. 200
Salem, Oregon, 97301
Telephone: 503-363-3443
Fax: 503-371-2482
rjennings@gattilaw.com
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| ALISA LARSEN,<br><br>         Plaintiff,<br>vs.<br><br><br>SANOFI-AVENTIS U.S. LLC; SANOFI US SERVICES INC.<br><br><br>         Defendants. | Case No. 3:23-cv-00782-YY<br><br>**NOTICE OF APPEARANCE** |

TO: The Clerk of Court and All Parties of Record:

PLEASE TAKE NOTICE that Ryan S. Jennings of The Gatti Law Firm, hereby files this Notice of Appearance to be added as counsel for Plaintiff in the above-captioned matter. It is

Page 1 – NOTICE OF APPEARANCE

requested that an entry be made on the clerk's docket or matrix in this case that all notices, documents, pleadings, and orders in this case be served on the following:

Ryan S. Jennings,
The Gatti Law Firm
235 Front St. SE
Salem, OR 97301
503-363-3443
rjennings@gattilaw.com

DATED THIS 6th day of June, 2023.

Respectfully submitted,

s/Ryan S. Jennings
Ryan S. Jennings, OSB No. 052931
Attorneys for Plaintiff

Page 2 – NOTICE OF APPEARANCE