# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF OREGON
# PORTLAND (3) DIVISION

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | ) ) ) |
| ALISA LARSEN, | ) Case No. 3:23-cv-00782-YY ) |
| Plaintiff, | ) ) |
| vs. | ) ) |
| SANOFI US SERVICES INC. f/k/a SANOFI-AVENTIS U.S. INC. and SANOFI-AVENTIS U.S. LLC, | ) ) ) ) |
| Defendants. | ) |

## NOTICE OF WITHDRAWAL AS COUNSEL OF RECORD

TO THE CLERK OF THE ABOVE NAMED COURT AND ALL PARTIES AND COUNSEL:

PLEASE TAKE NOTICE, pursuant to Local Rule 83-11(b), that Adrienne L. Byard, Matt Depaz, and Christopher J. Kaufman, of Shook, Hardy, & Bacon, L.L.P., hereby withdraw as counsel of record for Defendants Sanofi US Services Inc. ("Sanofi Inc.") and Sanofi-Aventis U.S. LLC ("Sanofi LLC") in the above-captioned matter.

Members of the law firm Shook, Hardy & Bacon, L.L.P., including undersigned counsel, continue to serve as counsel of record for Sanofi US Services Inc. and Sanofi-Aventis U.S. LLC in this matter.

Dated: June 15, 2023                                   Respectfully Submitted,

*/s/ Jordan Baehr*
Jordan Baehr
SHOOK, HARDY & BACON L.L.P.
2555 Grand Boulevard
Kansas City, Missouri 64108-2613
Telephone: (816) 474-6550
Facsimile: (816) 421-5547
jbaehr@shb.com

1

## **CERTIFICATE OF SERVICE**

I, hereby certify that, on June 15, 2023, this document filed through the CM/ECF system will be sent electronically to registered participants identified in the Notice of Electronic Filing (NEF) and electronic copies will be sent to those indicated as non-registered participants and any known counsel for the parties.

*/s/ Jordan Baehr*
*Attorney*
